IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tom Harrison,<br><br>         Plaintiff,<br><br>v.<br><br>Credit Acceptance Corporation,<br><br>         Defendant. | No. CV-20-08253-PCT-DJH<br><br>**ORDER** |

Before the Court is a Stipulation to the Entry of an Order Compelling Arbitration (Doc. 7). The parties state that they have agreed to litigate all the claims in Plaintiff's Complaint (Doc. 1) through non-judicial arbitration and ask the Court for an Order Compelling Arbitration that incorporates the terms they have agreed to. (Doc. 7-1). They also ask that the Court stay this action pending their arbitration, but directing dismissal of this action if Plaintiff does not initiate the binding arbitration within sixty (60) days. (*Id.*) The Court will partially approve the terms of the proposed Order Compelling Arbitration, but declines to stay these proceedings pending arbitration when the parties represent they have agree to adjudicate the entirety of the Complaint in arbitration. Accordingly,

**IT IS ORDERED** that pursuant to the parties' agreement, Plaintiff and Credit Acceptance shall litigate the claims set forth in Plaintiff's Complaint filed on September 25, 2020 (Doc. 1) and any other claims through non-judicial arbitration.

**IT IS FURTHER ORDERED** that (1) the arbitration shall be conducted through either the American Arbitration Association or JAMS; (2) Plaintiff shall initiate arbitration

and pay the initial filing fee and Credit Acceptance shall be responsible for payment of the arbitrator's fees; and (3) the parties will be responsible for their respective attorneys' fees and costs.

**IT IS FINALLY ORDERED** dismissing this action in its entirety, without prejudice. The Clerk of Court is directed to terminate this action.

Dated this 10th day of November, 2020.

Honorable Diane J. Humetewa
United States District Judge

- 2 -